UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIGUEL A. MARTINEZ CRUZ,<br><br>                     Plaintiff,<br><br>v.<br><br>RENTGROW, INC.<br><br>                     Defendant. | **Case No.:** 3:23-cv-00499-JCH<br><br><br>**NOTICE OF SETTLEMENT** |

      **NOTICE IS HEREBY GIVEN** that Plaintiff Miguel A. Cruz Martinez and Defendant RentGrow, Inc., have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

//

1

Respectfully submitted this 13th day of November 2023.

**CONSUMER ATTORNEYS**
*/s/ McKenzie Czabaj*
McKenzie Czabaj, AZ Bar # 036711
8245 N. 85th Way
Scottsdale, Arizona 85258
T: (480) 626-2376
E: mczabaj@consumerattorneys.com

**STEIN SAKS, PLLC**
Yaakov Saks, Esq., Bar No. 030021
One University Plaza, Suite 620
Hackensack, NJ 07601
T: 201-282-6500 ext 101
F: 201-282-6501
E: ysaks@steinsakslegal.com

*Attorney for Plaintiff*
Miguel A. Martinez Cruz

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the Courts CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys are non-ECF participants copies of the foregoing have not been provided via personal delivery or Postal Mail.

/s/ Alexia M. Bedolla